# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **INTEGON NATIONAL INSURANCE COMPANY**, | |
| *Plaintiff/Counter-Defendant*, | |
| v. | CAUSE NO. 3:24-CV-742-CWR-ASH |
| **CHERI GATLIN and JOSEPH S. GATLIN**, | |
| *Defendants/Third-Party Plaintiffs*, | |
| v. | |
| **NATIONAL GENERAL HOLDINGS, INC.**, | |
| *Third-Party Defendant.* | |

## ORDER

Before the Court is Integon National Insurance Company's motion to strike an improperly-filed motion to dismiss. Docket No. 8. Upon review, Integon's motion is granted.

Local Rule 7(b)(2)(A) provides: "the court will not recognize a motion included within the body of the answer, but only those raised by a separate filing." The Gatlins ran afoul of this Rule when they buried a motion in their answer. If they seek adjudication of a motion to dismiss, they must refile it separately along with the memorandum required by the Rules.

**SO ORDERED**, this the 2nd day of April, 2025.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE
